# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

MIKE WALKER,          )
                        )
         Plaintiff,      )
                        )      NO.  CV-06-0236-MWL
     vs.                 )
                        )     **JUDGMENT IN A**
MICHAEL J. ASTRUE,      )       **CIVIL CASE**
Commissioner of Social Security,  )
                        )
         Defendant.     )
                        )
_____)

## STIPULATION BY THE PARTIES:

The parties have stipulated to the remand of the captioned matter pursuant to

sentence four of 42 U.S.C. § 405(g).

**IT IS ORDERED AND ADJUDGED** that:

The matter is **REMANDED** for additional proceedings pursuant to sentence

four of 42 U.S.C. § 405(g).

Judgment is entered for **Plaintiff**.

**FILE CLOSED.**

DATED this 26th day of February, 2007.

                                JAMES R. LARSEN
                                District Court Executive/Clerk

                                s/ Alma R. Gonzalez
                    by: _____
                               ALMA R. GONZALEZ
                                Deputy Clerk

cc: all counsel